DocuSign Envelope ID: 95864BB0-745A-4C8C-82D1-38D9F97496C8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- x

LUC BURBON and on behalf of all
other persons similarly situated,

                    Plaintiffs,            No. 1:21-cv-00507-NGG-SJB

-against-

THIRTY THREE THREADS, INC.,

                    Defendant.
-------------------------------------------------- x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs.

Dated:

| THE MARKS LAW FIRM, P.C. | McElroy, Deutsch, Mulvaney & Carpenter, LLP |
|---|---|
| By: _____ <br> Bradly G. Marks <br> 54 West 40th Street, Suite 1131 <br> New York, New York 10018 <br> (646) 770-3775 <br> *Attorneys for Plaintiffs* | By: ___/s/ James E. Patterson___ <br> James E. Patterson <br> 1300 Mount Kemble Avenue <br> Morristown, NJ 07962-2075 <br> (973) 993-8100 <br> *Attorneys for Defendant* |

**So Ordered.**

s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:**

- 9 -